## (May 25, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO DE JESUS, Appellant. — Judgment, Supreme Court, Bronx County (Eggert, J.), rendered June 20, 1980, convicting defendant, after a jury trial, of murder in the second degree, unanimously reversed, on the law and in the interest of justice, and the case remanded for a new trial. Defendant's guilt depended primarily upon the jury's assessment of the credibility of the principal witnesses for the People and for the defense, all of whom were convicts. Prosecutorial zeal in the cross-examination of defense witness Kovzelove and in summation respecting said witness deprived defendant of a fair trial. While this witness explained the circumstances of his prior conviction on a guilty plea to prostitution, the prosecutor improperly expanded upon the fact of such conviction to suggest to the jury a homosexual relationship between this defense witness and the defendant. " 'While allowed the widest latitude by way of comment, denunciation or appeal in advocating his cause, this does not give [the prosecutor] any warrant to introduce into summation matter which the jury has no right to consider in determining the guilt or innocence of the defendant' " (*People v Adams,* 21 NY2d 397, 402, citing *People v Lombard,* 4 AD2d 666, 671). Concur — Murphy, P. J., Kupferman, Sullivan, Carro and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY ANDERSON, Appellant. — Judgment, Supreme Court, Bronx County (McMahon, J.), rendered on October 10, 1980, unanimously reversed, on the law and the facts, and the matter remanded for a new trial. (See *People v Knox,* 87 AD2d 504.) No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Bloom, JJ.

■ JACQUELINE WINSOR, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. — After preargument conference, appeal from judgment, Supreme Court, New York County, entered on August 21, 1981, discontinued, without costs and without disbursements and with prejudice. Murphy, P. J.

■ In the Matter of HENRY MODELL & COMPANY, INC., Petitioner, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Respondents. — Findings and determination of respondents dated December 11, 1981, unanimously confirmed and the petition dismissed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Bloom, Fein and Asch, JJ.

■ SIXTY-FOUR FULTON STREET ASSOCIATES, Appellant, v NANCY DWYER et al., Respondents. (And 12 Other Proceedings.) — Orders, Appellate Term of the Supreme Court, First Department, entered on May 19, 1981, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Sullivan, Markewich, Fein and Milonas, JJ.